AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern District of Virginia

COPY

UNITED STATES OF AMERICA

V.

Ryan Bulkley

**WARRANT FOR ARREST**

Case Number: 2:09cr00003

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Ryan Bulkley__
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
Marriage Fraud.

☒ in violation of Title __8__ United States Code, Section(s) __1325(c)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| James E. Bradberry | LXD |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 01/08/2009    Norfolk, VA |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |