SEALED

16224-57

ORIGINAL

&AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern District of Virginia

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| Ryan Bulkley | Case Number: 2:09cr00003 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Ryan Bulkley_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
Marriage Fraud.

☑ in violation of Title __8__ United States Code, Section(s) __1325(c)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| James E. Bradberry | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 01/08/2009    Norfolk, VA |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at    JAN 14 2009

Self-surrender US Courthouse

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Sherri Ann____ | [signature] |
| DATE OF ARREST 1/14/2009 | USM | |