

U.S. Department of Justice
United States Attorney
Eastern District of Virginia

8000 World Trade Center    757/441-6331
101 West Main Street    FAX/ 441-6689
Norfolk, Virginia 23510-1624

May 6, 2009

Angela Routh, Supervisor - Criminal Clerk
United States District Court
Eastern District of Virginia
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, Virginia 23510

    Re:    <u>United States v. Beth Ann Broyles, et al.</u>
              Criminal No. 2:09cr3

Dear Ms. Routh:

    Please issue a notice of arraignment for May 20, 2009 at 9:00 a.m. for the following defendants in the above referenced case:

1. Sherly Brown
2. Beth Ann Broyles
3. Ryan Bulkey
4. Maryia Halushkina
5. Otis Martin
6. Patricia Pochtaruk
7. Ivan Ukolov
8. Dana Whitney

    Thank you for your attention to this letter.

                            Sincerely,

                            Dana J. Boente
                            Acting United States Attorney

              By:    /s/_____
                          Joseph E. DePadilla
                          Assistant United States Attorney
                          Attorney for the United States
                          U.S. Attorney's Office
                          101 West Main Street, Suite 8000
                          Norfolk, VA 23510
                          Office Number: (757) 441-6331
                          Facsimile Number: (757) 441-6689
                          Email address: <u>Joe.DePadilla@usdoj.gov</u>