PROB 35
(Mod.ED/VA-Rev. 05/05)

Report and Order Terminating Probation
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

FILED
FEB -9 2011
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

Ryan Bulkley

Crim. No. 2:09CR3-004

On December 7, 2009, the above-named defendant was placed on probation for a period of three years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

_____
Kimberly G. Hyler
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 8th day of February, 2011.

/s/ Owens
_____
Mark S. Davis
United States District Judge

Mark S. Davis
U.S. District Judge

TO CLERK'S OFFICE